IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| GERARDO P. CAILING and | § | Case No. 10-31559-LMC-11 |
| MARY J. DAYAO, | § | |
| | § | |
| | § | |
| Debtors. | § | |

## APPLICATION FOR FINAL DECREE
## CLOSING CHAPTER 11 PROCEEDINGS

TO THE HONORABLE LEIF M. CLARK, UNITED STATES BANKRUPTCY JUDGE:

Now come the Debtors GERARDO P. CAILING and MARY J. DAYAO ("Debtors") and through their attorney E.P. BUD KIRK file this Application for Final Decree Closing Chapter 11 Proceedings, and for cause would respectfully show as follows:

I.

A Plan of Reorganization ("Plan") was confirmed in these Chapter 11 Proceedings on January 27, 2011. The Order of Confirmation was entered February 1, 2011, and the Effective Date of the Plan was February 15, 2011.

II.

Debtors have commenced making monthly Plan payments. Debtors are not in default under their Plan.

III.

There remain no open matters for adjudication by this Court.

IV.

Debtors have filed all Monthly Operating Reports up to and including confirmation effective date (February 11, 2011), and will have filed quarterly reports as required, when case closure comes up for hearing.

V.

All United States Trustee's fees have been paid or will be paid before the 30th day of the month following case closure.

WHEREFORE, PREMISES CONSIDERED, Debtors request that this case be closed, and that a final decree issue.

Respectfully submitted this 9th day of June, 2011.

/s/
E.P. BUD KIRK
Texas State Bar No. 11508650
Terrace Gardens
600 Sunland Park Dr.
Bldg. Four, Suite 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile

Attorney for the Debtors

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 9th day of June, 2011, I did cause a copy of the foregoing Application for Final Decree Closing Chapter 11 Proceedings to be mailed to Gerardo P. Cailing and Mary J. Dayao, 14221 Nobel Rock Court, El Paso, TX 79938; to U.S. Trustee, P.O. Box 1539, San Antonio, TX 78205-1539; to Linebarger, Goggan, Blair & Sampson, LLP, 711 Navarro, Suite 300, San Antonio, TX 78205; to Carlos A. Miranda III & Associates, P.C., 5915 Silver Springs, Bldg. 7, El Paso, TX 79912; to Hector Phillips, P.C., 1017 Montana Avenue, El Paso, TX 79902; and to all parties in interest as shown on the attached list.

/s/
E.P. BUD KIRK

4047-MC-060911

BBVA Compass Bank
690 Sunland Park Drive
El Paso, TX 79912

Best Buy
1405 Foalk Road
Wilmington, DE 19850

Capital One Visa
P.O. Box 85015
Richmond, VA 23285

Capital One Visa
P.O. Box 85015
Richmond, VA 23285

Concord Services
4725 N. Scottsdale Rd. #300
Scottsdale, AZ 85251

Discover Card
P.O. Box 29033
Phoenix, AZ 85038

Elan Financial Visa
4325 17th Avenue SW

2

Fargo, ND 58125

First Premier Visa
601 S. Minnesota Ave.
Sionx Falls, SD 57104

GECU Platinum MC
7227 Viscount
El Paso, TX 79925

Home Depot
P.O. Box 182676
Columbus, OH 43218

Household Bank Visa
P.O. Box 80084
Salinas, CA 93912

Internal Revenue Service
Special Procedures Branch
300 E. 8th Street
Austin, TX 78701

Juniper Mastercard
P.O. Box 13332
Philadelphia, PA 19101

Juniper Mastercard
P.O. Box 13337
Philadelphia, PA 19101

Kohl's
P.O. Box 2983
Milwaukee, WI 53201

Linda Tunypalan
3132 Royal Crest St.
El Paso, TX 79936

Linda Tunypalan
3137 Royal Crest St.
El Paso, TX 79936

Lowes/ GE Money Bank
P.O. Box 981064
El Paso, TX 79998

Peach Direct/ GE Money Bank
P.O. Box 981127
El Paso, TX 79998

Platinum Visa
P.O. Box 80084
Salinas, CA 93912

SallieMae

1002 Arthur Drive
Lynnhaven, FL 32444

Sam's Club/ GE Money Bank
P.O. Box 80084
Salinas, CA 93912

Sears Charge Plus
P.O. Box 183081
Columbus, OH 43218

Teachers Federal Credit Union Mastercard
P.O. Box 31112
Tampa, FL 33631

Wal-Mart/ GE Money Bank
P.O. Box 981469
El Paso, TX 79998

Weberg
P.O. Box 5253
Carol Stream, IL 60197

Wells Fargo Dealer Services
P.O. Box 6097
Winterville, NC 28590